No. 45397.—Petition 6038–R of Polk Musical Supply Co. (New Orleans).

Opinion by DALLINGER, J. It appeared that 20 percent home consumption tax was not included in the consumption entry through an oversight. Being

satisfied from the record that the petitioner acted in good faith throughout the entire transaction the court granted the petition.